## SHANNON CLEANING ASSOCIATES, *Petitioner,*
*v.*
## EMPLOYMENT DIVISION, *Respondent.*
### (No. 76-T-39, CA 6372)
555 P2d 209

Rees C. Johnson, Portland, attorney for petitioner.

W. Michael Gillettte, Solicitor General, Salem, and John W. Burgess, Assistant Attorney General, Salem, attorneys for respondent.

Before Schwab, Chief Judge, and Fort and Lee, Judges.

PER CURIAM.

Affirmed. *Teton Industries v. Emp. Div.,* 26 Or App 725, 554 P2d 580 (1976); *Brewer Logging v. Emp. Div.,* 26 Or App 161, 552 P2d 286 (1976).